[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 14, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16071

_____

D. C. Docket No. 05-21174-CV-AJ

ANA MARTIN,

Plaintiff-Appellee,

versus

JOSE SALVATIERRA, individually,
NELSON FIGUEROA, individually,

Defendants-Appellants,

MIAMI-DADE COUNTY, a political
subdivision of the State of
Florida,

Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(November 14, 2007)**

Before BLACK, HULL and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, the Court affirms the district court's denial of the defendants' motion to dismiss the plaintiff's 28 U.S.C. § 1983 claim for false arrest based on qualified immunity for the reasons outlined in the district court's order dated November 7, 2006.

**AFFIRMED.**